William C. Conkle (SB# 76103)
 *bill@conkle.us*
CONKLE & OLESTEN, a partnership
Professional Law Corporation
11835 W. Olympic Blvd., Suite 1235
Los Angeles, California 90064
Phone: (310) 820-3700 • Fax: (310) 312-6680

Attorneys for Plaintiff Moroccanoil, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MOROCCANOIL, INC., a California corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>CIDA CORP, a California corporation doing business as International Beauty Care Co.; CHURCHILL IDAH, an individual; and does 1 through 10 inclusive,<br><br>             Defendant. | CASE No. CV13-02936 DMG (AGRx)<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation signed by Plaintiff Moroccanoil, Inc., ("Moroccanoil") and Defendants Cida Corp, doing business as International Beauty Care Co.; Churchill Idah ("Defendants"), by and through their undersigned counsel of record for a Judgment of Dismissal with Prejudice in this action, the Court considers this case to be a proper one for a dismissal by court order pursuant to Federal Rule of Civil Procedure 41(a)(2).

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that the Complaint against Defendants is dismissed with prejudice; and that each party shall

030-002 140227JUDG

-1-

JUDGMENT OF DISMISSAL WITH PREJUDICE

bear its own costs and expenses incurred herein, and that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement in this matter.

DATED:   February 28, 2014

*Dolly M. Gee*

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Submitted by:

CONKLE & OLESTEN, a partnership

By: */s/William C. Conkle/s/*
William C. Conkle
Attorneys for Plaintiff Moroccanoil, Inc.